```
 1  William Bradshaw, D-73217
    P.O. BOX- 689, G-325
 2  Soledad, CA 93960-0689
 3  Petitioner In Pro Per
```

FILED
2008 JUN 10 P 3:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM BRADSHAW,<br><br>                   Petitioner,<br><br>    v.<br><br>B. CURRY, Warden,<br>                  Respondent. | C 08-1787 JF<br><br>**OPPOSIION TO RESPONDENT'S REQUEST FOR STAY PENDING ISSUANCE OF THE MANDATE IN <u>HAYWARD</u>**<br><br>Judge:    The Honorable<br>              Jeremy Fogel |

The Petitioner brings before this Honorable Court an opposition to Respondent's Request For Stay Pending Issuance of the Mandate in <u>Hayward</u>.

Petitioner has a Federally Protected Liberty Interest in Parole. This liberty interest was determined in <u>Greenholtz v. Nebraska</u> (1979) 442 U.S. 1,7,11-12,60 L.Ed.2d 668,99 S.Ct. 2100; <u>McQuillion v. Duncan</u> (2002) 306 F.3d 895,902; <u>Biggs v. Terhune</u> (9th Cir. 2003) 334 F.3d 910, 913-914;

1
2  <u>Sass v. California Board of Prison Terms</u> (9th Cir. 2006) 461 F.3d
3  1123, 1128; and <u>Irons v. Carey</u> (9th Cir. 2007 505 F.3d 846, 850-
4  851, <u>en banc</u> denied at 506 F.3d 951.
5
6  This court has jurisdiction over this case. Based on current law,
7  this case should be allowed to proceed through answer and traver-
8  se. The <u>en banc</u> decision in <u>Hayward</u> will have no affect on this
9  court's jurisdiction over this case. However; should the <u>Hayward</u>
10 <u>en banc</u> decision change the ruling in any significant way, this
11 Court can at that time order additional briefing on point.
12
13 The Petitioner therefore requests that the Court deny Respondents
14 request to Stay This Matter Pending Issuance of the Mandate in
15 <u>Hayward</u>.
16
17         Dated: June 7, 2008
18
19
20                                    Respectfully submitted
21                                    /s/ William Bradshaw
                                      William Bradshaw
22                                    In Pro Per
23
24
25
26
27
28

## PROOF OF SERVICE BY MAIL

(C.C.P. §§1013A, 2015.5)

STATE OF CALIFORNIA  )
                     ) SS.
COUNTY OF MONTEREY   )

RE: <u>BRADSHAW v CURRY</u> CASE NO. C 08-1787 JF

I, WILLIAM BRADSHAW, D-73217, am a resident of the State of California, County of Monterey. I am over the age of 18 years, and I am a party to the within action. My business/residence address is the Correctional Training Facility, P.O. Box 689, Soledad, CA 93960-0689.

On 8th day of June, 2008, I served the following: OPPOSITION TO RESPONDENT'S REQUEST FOR STAY PENDING ISSUANCE OF THE MANDATE IN HAYWARD

on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States Mail in the institution's United States mailbox at the Correctional Training Facility, Soledad, California, addressed as follows:

AMANDA J. MURRAY
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Attorneys for Respondent

There is a regular service by the United States Postal Service between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of JUNE, 2008, at Soledad, California.

/S/ _____
WILLIAM BRADSHAW    in Pro Se

William Bradshaw
D-73227 GW325L
PO Box 689
Soledad, CA
93960-0689

Legal Mail

United States District Court
Northern District of California
280 South First St., Room 2112
San Jose, CA
95113-3095

SAN JOSE CA 951
09 JUN 2008 PM 4 L