William M. Bradshaw
D-73217 GW-325U
P.O. Box 689
Soledad, CA. 93960-0689

Petitioner, In Pro Per

FILED

08 AUG 11 PM 2:07

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BRADSHAW

        Petitioner,

    vs.

B. CURRY, Warden, et al.

        Respondent.

Case No. C 08-1787 JF (PR)

MOTION FOR EXTENSION OF TIME
TO FILE TRAVERSE TO
RESPONDENT'S ANSWER

Judge: Hon. Jeremy Fogel
      U.S. District Judge

I, William Bradshaw (Petitioner), declare as follows:

1.  Petitioner, a state prisoner proceeding pro se, seeks an extension of time to file a Traverse to Respondent's Answer.

2.  On August 23, 2008, Petitioner is due to file his Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus. However, I will be unable to file the Traverse by that time. I am therefore asking that this Court grant a one month extension in which to file this Traverse to Respondent's Answer.

3.  I will need this time to address all of the issues in the Respondent's Answer.

4.  I had anticipated being able to file the traverse by August 23, 2008. However, because the prison where I am incarcerated has been placed

Page 1

on modified program due to the attempted escape of an inmate, the regular library program has been suspended, (see Exhibit A). Only "Court Approved Deadline" inmates with passes can use the library. Petitioner has applied for a legal library approved court deadline pass. But, as of yet, Petitioner has not received it.

5.  The issues are complex; and the Petitioner, not being a trained Attorney, needs the access to a legal library to do research.

6.  Accordingly, Petitioner respectfully asks this Court to grant this extension.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _8-7-08_

Respectfully submitted,

William Bradshaw
Petitioner, In Pro Per

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**EXHIBIT A**

23
24
25
26
27
28

STATE OF CALIFORNIA
CDCR 3022-B (REV 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| Correctional Training Facility | JULY 30, 2008 | CTF-CENTRAL-05-005 |

| | | | |
|---|---|---|---|
| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
| ☐ INITIAL | ☒ UPDATE | | ☐ CLOSURE |

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☐ INSTITUTION: Correctional Training Facility | ☒ ALL | ☐ BATTERY |
| ☐ FACILITY: Central (Except East Dorm) | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT: Central Mainline | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER    ESCAPE |
| ☐ OTHER | | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ NORMAL | ☐ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☐ CRITICAL WORKERS ONLY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☒ CULINARY | ☒ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☒ CLERKS | **RECREATION** |
| ☐ OTHER: | ☐ VOCATION/EDUCATION | ☐ NORMAL |
| | ☐ CANTEEN | ☐ NO RECREATIONAL ACTIVITIES |
| | | Night yard/dayroom only 3rd |
| **FEEDING** | ☒ CLOTHING ROOM | watch-No 2nd watch yard or |
| ☒ NORMAL | ☒ RESTRICTED WORK PROGRAM | ☒ MODIFIED:   dayroom |
| ☐ CELL FEEDING | ☒ PORTERS | |
| ☐ CONTROLLED FEEDING IN DINING ROOM | ☐ NO INMATE WORKERS | **CANTEEN** |
| ☐ HOUSING UNIT/DORM AT A TIME | **SHOWERS** | ☐ NORMAL |
| ☐ DORM POD AT A TIME | ☒ NORMAL | ☒ NO CANTEEN  3rd watch  A.P |
| ☐ TIER AT A TIME | ☐ ESCORTED | ☐ MODIFIED: |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☒ NORMAL |
| ☒ SACK MEAL LUNCH | ☐ DORM SHOWERING BY GROUP | ☐ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: |
| **DUCATS** | ☐ NO SHOWERS | **PHONE CALLS** |
| ☐ NORMAL | **MEDICAL** | ☐ NORMAL |
| ☒ MEDICAL DUCATS ONLY | ☒ NORMAL MEDICAL PROGRAM | ☐ NO PHONE CALLS |
| ☒ CLASSIFICATION DUCATS | ☐ PRIORITY DUCATS ONLY | ☒ MODIFIED:   Night Yard Phones Only |
| ☒ PRIORITY DUCATS ONLY | ☐ MTA CONDUCT ROUNDS IN UNITS | |
| **VISITING** | ☐ INMATES ESCORTED TO SICK CALL | **RELIGIOUS SERVICES** |
| ☐ NORMAL VISITING | ☐ EMERGENCY MEDICAL ONLY | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | ☐ OTHER: | ☐ NO RELIGIOUS SERVICES |
| ☒ NO VISITING | **LEGAL LIBRARY** | ☒ MODIFIED:  Cell front only on 2nd watch |
| ☐ OTHER    Not a visiting day | ☐ NORMAL | 3rd Watch normal religious activity |
| | ☒ APPROVED COURT DEADLINES | |

REMARKS: On June 18, 2008, an inmate at Central Facility (CF) escaped from his cell. As a result of this incident all inmates housed at CF are on Modified Program (MP) (East Dorm is on Normal Program). Additionally, inmates housed at North Facility (NF) will be on MP while conducting searches of all cells and housing units at North Facility. Inmates with medical ducats on 2nd Watch will be visually escorted to the medical department. Central Facility has completed searches. Central Facility: 2nd Watch will be on a modified program and will continue cell feeding and a restricted work program consisting of culinary, clerks, porters, laundry & clothing, legal library clerks, medical porters/clerks, central facility trash crew, print shop, R&R, visiting porters, warehouse, admin. building porters, maintenance, and 12 textile workers. Staff to report to North Facility. One officer from each wing, yard/canteen officers, culinary officers. Education will be conducting final exams 0800-1230. 3rd Watch will be normal program with the exception of night yard, which will begin after the 1730 hours count. Dayroom activities may start after the 1400 hour shift change **no** canteen tonight. (Refer to canteen above). A.A., N.A., and AVP approved for 3rd Watch.

There will be no deviation from this PSR. Any questions pertaining to this PSR should be addressed to the Watch Commander

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements:

☐ Approved.   ☐ Disapproved.

| PREPARED BY | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J. Soares, Correctional Captain | 7/29/2008 | B. CURRY | 7/29/2008 |

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I,     WILLIAM M. BRADSHAW                                    , declare:

I am over 18 years of age and I am party to this action.  I am a

resident of CORRECTIONAL TRAINING FACILITY prison, in the County

of Monterrey, State of California.  My prison address is:

        William m. bradshaw, CDCR #:D-73217
        CORRECTIONAL TRAINING FACILITY
        P.O. BOX 689, CELL #:   GW-325U
        SOLEDAD, CA  93960-0689.

    On   August 7, 2008   , I served the attached:

MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER

on the parties herein by placing true and correct copies

thereof, enclosed in a sealed envelope (verified by prison

staff), with postage thereon fully paid, in the United States

Mail in a deposit box so provided at the above-named institution

in which I am presently confined.  The envelope was addressed as

follows:

AMANDA J. MURRAY                    UNITED STATES DISTRICT COURT
DEPUTY ATTORNEY GENERAL             NORTHERN DISTRICT OF CALIFORNIA
455 Golden Gate Avenue, Suite 11000 450 Golden Gate Ave.
San Fransco, CA. 94102-7004         San Fransco, CA. 94102-9680
(Attorney for Respondent)

    I declare under penalty of perjury under the laws of the

State of California that the foregoing is true and correct.

Executed on   8-7-08   .

                                WILLIAM M. BRADSHAW
                                Declarant in Pro Per

WILLIAM BRADSHAW
D-73217 GW-325U
P.O. Box 689
SOLEDAD, CA. 93960-0639

SAN JOSE CA 95

08 AUG 2008 PM 6 L

LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102-9680

94102+34322

8/7/08

c/o S DAVIS

RECEIVED

AUG 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA