1
2
3
4
5
6
7
8                                  NOT FOR CITATION

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   WILLIAM BRADSHAW,              )    No. C 08-01787 JF (PR)
                                    )
13                 Petitioner,      )    ORDER GRANTING MOTION
                                    )    FOR EXTENSION OF TIME
14     vs.                          )    TO FILE TRAVERSE
                                    )
15                                  )
     B. CURRY, Warden,              )
16                                  )
                   Respondent.      )    (Docket No. 10)
17   _____ )

18

19         Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

20   corpus pursuant to 28 U.S.C. § 2254.  The Court directed Respondent to file an answer to

21   the petition and granted Petitioner leave to file a traverse within thirty days after the

22   answer was filed.  Respondent has filed an answer.  Petitioner now moves for an

23   extension of time to file a traverse.  Good cause appearing, Petitioner's motion (Docket

24   No. 10) is GRANTED.  Petitioner shall file a traverse **no later than September 21, 2008.**

25         This order terminates Docket No. 10.

26         IT IS SO ORDERED.

27   DATED: __8/18/08__

28                                       JEREMY FOGEL
                                         United States District Judge

Order Granting Motion for Ext. Of Time to File Traverse
P:\PRO-SE\SJ.JF\HC.08\Bradshaw787_eot-trav.wpd         1